HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-744

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. GLISSON, | Case No.: 05-CV-01328-KJM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | |
| Defendant. | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a third extension of time up through and including Monday, April 3, 2006 in which to file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

MCGREGOR W. SCOTT
United States Attorney

Dated: March 6, 2006        /s/ BOBBIE J. MONTOYA
                            BOBBIE J. MONTOYA
                            Assistant U.S. Attorney


Dated: March 6, 2006        */s/* HARVEY P. SACKETT
                            Attorney for Plaintiff
                            JAMES P. GLISSON

IT IS SO ORDERED.

Dated:  March 10, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER

2